| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CR 01-00271-008-PHX-RGS |
| | | DOCKET NUMBER (Rec. Court) |
| | | 04-10061 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT OF MASSACHUSETTS | DIVISION |
|---|---|---|
| Thomas Steeves<br>6 DiBiase Street<br>Salem, MA 010970 | | CRIMINAL |
| | NAME OF SENTENCING JUDGE | |
| | Roger G. Strand | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/14/02   TO 11/13/07 |

OFFENSE

Money Laundering

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12.07.03
Date

_(signature)_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Dec 18, 2003
Effective Date

_William G. Young_
United States District Judge