AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF

| UNITED STATES OF AMERICA V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| THOMAS STEEVES<br>34 Mitchell Rd.<br>Apt #2<br>Ipswich, MA 01938<br>(Name and Address of Defendant) | Case Number:    04CR10061-WGY |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>US District Court<br>1 Courthouse Way<br>Boston, MA 02210 | Room<br>Ctrm #18 5th Flr |
|---|---|
| | Date and Time<br>Mon. June 4, 2007 @ 2:30PM |
| Before:    The Honorable William G. Young, USDJ | |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    x  Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Violation of terms of Supervised Release

_____
Signature of Issuing Officer

5/15/07
Date

/s/Elizabeth Smith
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| **RETURN OF SERVICE** |
|---|
| Service was made by me  Date |
| Check one box below to indicate appropriate method of service |
| ☐ Served personally upon the defendant at: _____ <br><br> ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____ <br><br> ☐ Returned unexecuted: _____ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _____                                    _____
              Date                                                          Name of United States Marshal

                                                                              _____
                                                                              (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.