Prob12C
DMA (1/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Steeves      Case Number: MA: 04CR10061

Name of Sentencing Judicial Officer: The Honorable Roger G. Strand, Senior U.S. District Judge (D/AZ).

Name of Judicial Officer (D/MA): The Honorable William G. Young, U.S. District Judge

Date of Original Sentence: November 14, 2002

Date of Violation Sentence: June 4, 2007

Original Offense: Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. § 1956 (h),(a)(1)(A)(i) and (a)(1)(B)(i) and 2.

Original Sentence: Five (5) years Probation

Violation Sentence: Found in violation. Continued on same term of Supervised Release expected to terminate on November 13, 2007.

Type of Supervision: Probation      Date Supervision Commenced: November 14, 2002

Asst. U.S. Attorney: Timothy Q. Feeley      Defense Attorney: Robert J. Wheeler

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**      **Nature of Noncompliance**

     I      **Violation of Special Condition:** The defendant is to remain on home detention with electronic monitoring until such time as a room is available in the Community Correction Center in Lawrence, MA. The defendant is to remain in the program until the expiration of his term of Supervised Release.

On October 12, 2007 Mr. Steeves was terminated from the Lawrence Correctional Alternative Center. Upon submitting a substitute urine sample for testing purposes, Mr. Steeves admitted to using Oxycontin.

     II      **Violation of Standard Condition #7:** The defendant shall refrain from excessive use of alcohol, and shall not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician.

Mr. Steeves reported to the U.S. Probation Office in Lawrence on October 12, 2007 following his

Prob 12C                                  - 2 -                Petition and Affidavit for Warrant or Summons
                                                                      for Offender Under Supervision

termination from the Lawrence CAC. Mr. Steeves admitted to using Oxycontin on Thursday and Friday (10/11 and 10/12). Following this meeting, he was referred to the CAB Health and Recovery Detoxification program where he remains to date.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
  [X] Revoked
  [ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

Reviewed/Approved by:

Joseph F. LaFratta
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

By _____
Thomas C. Mullen III
U.S. Probation Officer
Date: October 15, 2007

**THE COURT ORDERS**
[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_William G. Young_
Signature of Judicial Officer

_October 16, 2007_
Date