AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA
V.
THOMAS STEEVES
c/o Russell and Susan Steeves
6 Diabase St.
Salem, MA 01970

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:   04-10061-WGY

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| US DISTRICT COURT<br>1 Courthouse Way<br>Boston, MA 02210 | CTRM #18   5th Floor |
| Before:   The Honorable William G. Young | Date and Time<br>11/2/07 @ 2:00 PM |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   x Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Violation of Terms of Supervised Release

*Signature of Issuing Officer*   10/17/07
Date

/s/ Elizabeth Smith Deputy Clerk
Name and Title of Issuing Officer