```
               UNITED STATES DISTRICT COURT

                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
           V.            )    CRIMINAL NO. 04-10061-WGY
                         )
THOMAS STEEVES           )
```

**GOVERNMENT'S REPORT TO COURT**

Upon reflection and further consideration since the November 2, 2007 sentencing of defendant Thomas Steeves for a violation of the terms and conditions of his earlier imposed sentence of probation, the government reports that it considers the sentence imposed by this Court, namely, a period of incarceration followed by a period of supervised release, to be a legal sentence.

Upon a concession or finding that a defendant has violated a condition of probation, this Court may continue the defendant on probation, or revoke the sentence of probation and resentence the defendant under Subchapter A of Chapter 227 of Tile 18 of the United States Code, codified at 18 U.S.C. §3551 *et seq*. 18 U.S.C. §3565(a). The Court, in imposing a sentence to a term of imprisonment for a felony or misdemeanor, "may include as a part of the sentence a requirement that the defendant be placed on a term of supervised release after imprisonment." 18 U.S.C. §3583(a).

As the defendant was serving a period of probation, conceded that he violated the conditions of his probation during the term of his probation, this Court was statutorily authorized to revoke his terms and conditions of probation, and sentence him to a period of

incarceration on his original conviction, to be followed by a period of supervised release.

                                          Respectfully submitted,
                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                By:  /s/ Timothy Q. Feeley
                                          TIMOTHY Q. FEELEY
November 3, 2007                  Assistant U.S. Attorney
                                          (617) 748-3172

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic filing notice.

                                          /s/ Timothy Q. Feeley
                                          TIMOTHY Q. FEELEY
                                          Assistant U.S. Attorney